UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00582-AH-2                                        Date: 08/11/2025

Present: The Honorable: A. Joel Richlin, United States Magistrate Judge

Interpreter N/A                                          Language  N/A

| Claudia Garcia-Marquez | 08/11/2025 | Nicholas Purcell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody          Attorneys for Defendants:  ✓ Present  CJA

Danny Duran                                             J. Alejandro Barrientos

**Proceedings: Arraignment of**     ✓ **Assignment of Case**      **Appointment of Counsel**
**Defendant and/or**                   **Initial Appearance**

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Anne Hwang.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/07/2025 8:30 AM;
Status Conference: 09/03/2025 8:30 AM
* Judge Hwang is located in 9C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA          PSAED          PSASA          **Initial Appearance/Appointment of Counsel:** 00     : 00
    ✓ USMLA          USMED          USMSA
       Statistics Clerk          Interpreter                                        **Arraignment:** 00     : 03
    ✓ CJA Supervising Attorney     Fiscal                          **Initials of Deputy Clerk:** CGM by TRB