BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2429
     Facsimile: (213) 894-0141
     E-mail:    nisha.chandran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>EDWIN OSVALDO MANRIQUEZ and DANNY DURAN,<br><br>            Defendants. | No. 25-CR-582-AH<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT  **[28]**<br><br>**[PROPOSED] TRIAL DATE:**<br>February 17, 2026, at 8:30 a.m.<br><br>**[PROPOSED] STATUS CONFERENCE:**<br>February 4, 2026 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 19, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that:  (i) the ends of justice served by
2 the continuance outweigh the best interest of the public and
3 defendant in a speedy trial; (ii) failure to grant the continuance
4 would be likely to make a continuation of the proceeding impossible,
5 or result in a miscarriage of justice; and (iii) failure to grant the
6 continuance would unreasonably deny defendant continuity of counsel
7 and would deny defense counsel the reasonable time necessary for
8 effective preparation, taking into account the exercise of due
9 diligence.
10   THEREFORE, FOR GOOD CAUSE SHOWN:
11   1.   The trial in this matter is continued from September 3,
12 2025, at 8:30 a.m., to **February 17, 2026, at 8:30 a.m.**  The status
13 conference hearing is continued to **February 4, 2026, at 9:00 a.m.**
14   2.   The time period of September 2, 2025, to February 17, 2026,
15 inclusive, is excluded in computing the time within which the trial
16 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
17 and (B)(iv).
18   3.   Defendants shall appear in Courtroom 9C of the Federal
19 Courthouse, 350 W. 1st Street, Los Angeles, California on February 4,
20 2026, at 9:00 a.m. for a status conference, and on February 17, 2026,
21 at 8:30 a.m. for trial.
22   4.   Nothing in this Order shall preclude a finding that other
23 provisions of the Speedy Trial Act dictate that additional time
24 periods are excluded from the period within which trial must
25 commence.  Moreover, the same provisions and/or other provisions of
26 the Speedy Trial Act may in the future authorize the exclusion of
27 //
28 //

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

AUGUST 19, 2025
DATE

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
NISHA CHANDRAN
Assistant United States Attorney